No. 625, Misc. OTERO v. FLORIDA. Sup. Ct. Fla. Certiorari denied. *John W. Watson III* for petitioner.

No. 629, Misc. DAVIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Emmett Colvin, Jr.,* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers* and *Gilbert J. Pena,* Assistant Attorneys General, and *W. V. Geppert* for respondent.

No. 680, Misc. VELEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *John W. Watson III* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 721, Misc. TENDER ET AL. v. MARYLAND. Ct. App. Md. Certiorari denied. *Francis B. Burch,* Attorney General of Maryland, and *Donald Needle,* Assistant Attorney General, for respondent.

No. 729, Misc. HUSON v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. *Anthony Savage, Jr.,* for petitioner. *James E. Kennedy* for respondent.

No. 733, Misc. OUGHTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 826, Misc. STIDHAM v. SWENSON, WARDEN. Sup. Ct. Mo. Certiorari denied. *Norman H. Anderson,* Attorney General of Missouri, and *B. J. Jones,* Assistant Attorney General, for respondent.